This judgment finally disposes of the matter in controversy. The question has become moot. S. W. Telephone Co. v Galveston County (Tex. Civ App.) 59 S. W. 589; Electric Park Co. v. San Antonio Baseball Ass'n (Tex. Civ App.) 155 S. W. 1189; Whitesides v. Wood (Tex. Civ. App.) 210 S. W. 333; Jackson v. Daugherty (Tex. Civ. App.) 26 S. W. 1116; Lacoste v. Duffy, 49 Tex. 767, 30 Am.

Rep. 122; Ford et al. v. American Rio Grande Land & Irrigation Co. et al. (Tex. Com. App.) 285 S. W. 814; Richmond v. Hog Creek Oil Co. (Tex. Com. App.) 239 S. W. 904.

The parties having by agreement settled the matter in controversy, the writ of error should be dismissed, and it is so ordered.

### KUEHLER et al. v. TEXAS POWER CORPORATION. (Application No. 16391.)

Supreme Court of Texas. Feb. 6, 1929.

PER CURIAM. We think the temporary injunction was rightly refused, for the reasons given in paragraph 2 of the opinion of the Court of Civil Appeals, as published in 9 S.W.(2d) pages 436 and 437, although we are inclined not to agree with the construction given to article 7584 (Rev. St.) by that court as applied to the water wheel.